# United States District Court

## *Southern District of Georgia*

Patsey Thomas
_____
Plaintiff

**v.**

Regal Cinemas, Inc. and Regal
Entertainment Group
_____
Defendant

Case No.   1:22-cv-00018-JRH-BKE

Appearing on behalf of
Regal Cinemas, Inc. and Regal
Entertainment Group
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 24th day of February, 2022.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:     John S. Stevens

Business Address:     Drew Eckl & Farnham LLP
                      Firm/Business Name

                      303 Peachtree St., NE
                      Street Address

Suite 3500          Atlanta, GA          30308
Street Address (con't)   City     State       Zip

_____
Mailing Address (if other than street address)

_____
Address Line 2     City     State     Zip

404-885-6195                          680746
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:     stevensj@deflaw.com